**Order entered October 7, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00779-CV

## HUFFMAN ASSET MANAGEMENT, LLC AND PRAIRIE CAPITAL, LLC, Appellants

## V.

## MAURICE COLTER AND NI-IDA COLTER, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03561-B**

## ORDER

The reporter's record in this appeal is overdue. Accordingly, we **ORDER** Robin Washington, Official Court Reporter for County Court at Law No.2, to file, no later than October 21, 2022, either the record or written verification no hearings were recorded.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/     KEN MOLBERG
JUSTICE